United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NERIN OVENIEL AVILA JERONIMO** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07906** |
| | § | |
| **BRET A. BRADFORD, *et al.*** | § | |
| | § | |
| ***Respondents.*** | § | |

## ORDER

In a hearing on October 14, 2026, Petitioner's counsel represented that Petitioner had requested, but has not received, a credible fear interview. *See* Minute Entry, October 14, 2026. Respondents are hereby **ORDERED** to submit a status update by **November 24, 2026** informing the Court whether Petitioner has been afforded a credible fear interview, or whether one is scheduled. If Petitioner has received a credible fear interview, Respondents are further **ORDERED** to inform the Court of the outcome of this interview.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th day of November , 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE