United States District Court
Southern District of Texas

**ENTERED**

November 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NERIN OVENIEL AVILA JERONIMO** | § | |
| | § | |
| ***Petitioner,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-07906** |
| | § | |
| **BRET A. BRADFORD, *et al.*** | § | |
| | § | |
| ***Respondents.*** | § | |

**ORDER**

Federal Respondents informed the Court that Petitioner's credible fear interview was scheduled on November 24, 2026. Parties are hereby **ORDERED** to inform the Court on the results of this interview by **Monday, November 30, 2026.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of November, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE